UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORENA S. ALVARDO, a minor, by and through her Guardian ad Litem, LORENA ALVARADO,<br><br>        Plaintiff,<br><br>   v.<br><br>DARIN M. CAMARENA HEALTH CENTERS, INC.,<br><br>        Defendant.<br>_____ | NO. CIV. S-06-2193 FCD/GGH<br><br><br><br><br>ORDER |

---oo0oo----

    This case was filed in the Eastern District of California and assigned to the undersigned judge sitting in Sacramento, California.  Upon review of the Complaint and Civil Cover Sheet this suit arose in Madera County, California, the court finds good cause to transfer this action to the Fresno Division.

    Accordingly, the court makes the following orders:

    1.   Pursuant to Local Rule 3-120(d),this case is hereby TRANSFERRED to the Fresno Division of this court.

```
 1        2.   The Clerk's Office is instructed to transfer this file
 2   to the Fresno Division.
 3        3.   Plaintiff's new case number is:
 4            1:06-CV-1381 OWW DLB              .
 5   All future filings shall reference this new case number and shall
 6   be filed at:
 7             United States District Court
               Eastern District of California
 8             Office of the Clerk
               Room 1501
 9             2500 Tulare Street
               Fresno, CA 93721-1322
10
11        IT IS SO ORDERED.
12   DATED: October 4, 2006.
13
14                            /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
15                            UNITED STATES DISTRICT JUDGE
```