UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LORENA S. ALVARDO, a minor,
by and through her Guardian
ad Litem, LORENA ALVARADO,

        NO. CIV. S-06-2193 FCD/GGH

    Plaintiff,

  v.                          ORDER

DARIN M. CAMARENA HEALTH
CENTERS, INC.,

    Defendant.
_____

---oo0oo----

    This case was filed in the Eastern District of California and assigned to the undersigned judge sitting in Sacramento, California. Upon review of the Complaint and Civil Cover Sheet this suit arose in Madera County, California, the court finds good cause to transfer this action to the Fresno Division.

    Accordingly, the court makes the following orders:

    1.   Pursuant to Local Rule 3-120(d),this case is hereby TRANSFERRED to the Fresno Division of this court.

1     2.   The Clerk's Office is instructed to transfer this file
2 to the Fresno Division.
3     3.   Plaintiff's new case number is:
4     1: 0 6 - CV - 1 3 8 1 OWW DLB .
5 All future filings shall reference this new case number and shall
6 be filed at:
7     United States District Court
    Eastern District of California
8     Office of the Clerk
    Room 1501
9     2500 Tulare Street
    Fresno, CA 93721-1322
10
11     IT IS SO ORDERED.
12 DATED: October 4, 2006.
13
14     /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL, Jr.
15     UNITED STATES DISTRICT JUDGE