Steven J. Brewer, Esq. (State Bar No. 94889)
Kerri A. Jaffe, Esq. (State Bar No. 239667)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Omar I. Habbas, Esq. (State Bar No. 126629)
HABBAS, NASSERI & ASSOCIATES
675 North First Street, Suite 100
San Jose, CA 95112
Telephone:  (408) 278-0480
Facsimile:  (408) 278-0488

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DARIN M. CAMARENA HEALTH CENTERS, INC.,<br><br>　　　　　Defendant.<br>_____ / | Case No. 1:06-CV-01381-OWW-DLB<br><br>**ORDER ON STIPULATION GRANTING LEAVE TO AMEND COMPLAINT** |

　　　The stipulation of the parties to amend Plaintiff's complaint came before this court on 1/12/07.

　　　On proof made to the satisfaction of the Court, and good cause appearing therefore,

　　　IT IS ORDERED that the Plaintiff shall be permitted to file and serve the Amended Complaint substituting the United States of America as a defendant in place and in stead of Darin M. Camarena Health Centers, Inc., attached as Exhibit A to the accompanying Stipulation, within

-1-

PDF created with pdfFactory trial version www.pdffactory.com

10 days of notice of this order.

DATED: 1/26/07

                                          /s/ Oliver W. Wanger

                                          DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com