McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | 1:06-cv-01381-OWW-DLB<br><br>**STIPULATION RE EXPERT DISCLOSURE DATES;ORDER** |

Defendant United States of America and Plaintiff Lorena S. Alvarado (a minor, by and through her Guardian ad Litem Lorena Alvarado) hereby stipulate, by and through their respective counsel, to the revise the expert disclosure dates.

Lead counsel for the United States has changed and a short extension of expert disclosures is necessary to accommodate the schedules on both sides.  The parties do not seek to continue this action's pre-trial conference nor trial date.

///

///

**STIPULATION RE EXPERT DISCLOSURE DATES; [PROPOSED] ORDER**

1

Based on the above, the parties hereby stipulate to extend the expert disclosure dates, as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Date | January 15, 2008 | **January 25, 2008** |
| Defendant's Expert Disclosure Date | February 12, 2008 | **February 22, 2008** |
| Supplemental Expert or Rebuttal Designations | March 12, 2008 | **March 21, 2008** |

All other deadlines set forth in the Scheduling Conference Order filed May 3, 2007, shall remain in effect unless otherwise approved by the Court. The parties request the Court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: January 2, 2008.   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
(As authorized 1/2/08)

/s/ Steven J. Brewer
By: Steven J. Brewer
Attorneys for Plaintiff

Dated: January 2, 2008.   McGREGOR W. SCOTT
United States Attorney

/s/ Jeffrey J. Lodge
By: Jeffrey J. Lodge
Assistant U.S. Attorney
Attorneys for Defendant

**STIPULATION RE EXPERT DISCLOSURE DATES; [PROPOSED] ORDER**

**ORDER**

IT IS SO ORDERED.

**Dated:**   January 2, 2008              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE