The McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 1:06-cv-01381-OWW-DLB<br><br>**STIPULATION TO SUSPEND SCHEDULING CONFERENCE ORDER; ORDER** |

　　　Defendant United States of America and Plaintiff Lorena S. Alvarado (a minor, by and through her Guardian ad Litem Lorena Alvarado) hereby stipulate, by and through their respective counsel, to suspend the Scheduling Conference Order entered in this case on May 9, 2007 (docket number 21).

　　　On February 2, 2007, Plaintiff filed her First Amended Complaint for Damages Re Medical Negligence. The United States answered asserting affirmative defenses including, Comparative Fault, Negligence of Third Parties, Superceding and Intervening Cause, and Apportionment. At the time of the Scheduling Conference, the United States, as the only named defendant, had

1  not determined which of Plaintiff's other medical providers were
2  subject to a third party complaint.  The Scheduling Conference
3  Order set deadlines including a Discovery Cut-Off of April 30,
4  2008.
5      Defendant's discovery in this case, which remains ongoing,
6  including expert medical opinions developed in response to
7  Plaintiff's allegations, has lead the United States to determine
8  that it is necessary and appropriate to implead certain of
9  Plaintiff's medical providers as third-party defendants in this
10 case.
11     Under California law, "No action based upon the health care
12 provider's professional negligence may be commenced unless the
13 defendant has been given at least 90 days' prior notice of the
14 intention to commence the action."  Cal. Civ. Proc. Code
15 § 364(a).  For this reason, the United States must provide 90
16 days' notice to Plaintiff's other medical providers prior to
17 bringing a third party complaint.
18     The current deadlines set forth in the Scheduling Conference
19 Order including the discovery cut-off of April 30, 2008, will not
20 permit the United States to provide the 90 days' notice to
21 medical providers required by California law.
22     Plaintiff has stipulated, subject to court approval, to
23 suspend the Scheduling Conference Order to allow the United
24 States to provide notice to Plaintiff's medical providers
25 consistent with California law and to allow time for the filing
26 of a third-party complaint within 120 days.  The parties also
27 request that the court set a scheduling conference to re-set the
28

1  remaining deadlines in the case as well as the pre-trial
2  conference and the trial date.
3      The parties believe that good cause exists to suspend the
4  Scheduling Conference Order because: (a) the United States
5  believes that joinder of third party medical providers is
6  necessary for a complete resolution of the issues in this case;
7  and (b) the United States is required to provide 90 days' notice
8  to medical providers pursuant to California law prior to filing a
9  third party complaint.
10      Based on the above, the parties hereby stipulate to suspend
11 the Scheduling Conference Order and request a scheduling
12 conference.  The parties request the Court to endorse this
13 stipulation by way of formal order.

14                              Respectfully submitted,

15 Dated: February 19, 2008.     GWILLIAM, IVARY, CHIOSSO, CAVALLI &
                                 BREWER
16                               (As auth. _2-21-08__)

17                               /s/ Steven J. Brewer
                                 By: Steven J. Brewer
18                               Attorneys for Plaintiff

19
   Dated: February 19, 2008.     McGREGOR W. SCOTT
20                               United States Attorney

21
                                 /s/ Jeffrey J. Lodge
22                               By: Jeffrey J. Lodge
                                 Assistant U.S. Attorney
23                               Attorneys for Defendant

24

25 ///

26 ///

27 ///

28 ///

**ORDER**

IT IS SO ORDERED.  THE SCHEDULING CONFERENCE ORDER ENTERED IN THIS CASE ON MAY 9, 2007, IS HEREBY SUSPENDED.  A SEPARATE ORDER SHALL BE ISSUED TO ADDRESS RE-SCHEDULING OF THE CASE. The parties shall obtain a new scheduling conference date from the Courtroom Deputy Clerk within 150 days.

IT IS SO ORDERED.

**Dated:   February 21, 2008**          /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE