```
LAWRENCE G. BROWN
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant/Third-Party Plaintiff
United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>——————————————————<br>UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, JOHN E. DINSMORE, MD, DAVID HODGE, MD, and JILL GHANBARIAN, FNP,<br><br>    Third-Party Defendants.<br>—————————————————— | 1:06-cv-01381-OWW-DLB<br><br>**STIPULATION RE SCHEDULING DATES; ORDER** |

The parties hereby stipulate, by and through their respective counsel, to revise the discovery deadline, expert disclosure dates, and other related deadlines. A short extension of the deadlines is necessary to accommodate the schedules of the

///

1 witnesses and counsel.  The parties do not seek to continue this
2 action's trial date.
3    The parties base this stipulation on good cause.  Many of
4 the witnesses are medical professionals with limited ability to
5 be available for discovery.  One of the treating physicians has
6 relocated to Virginia.  A short extension of the expert
7 disclosure deadlines, discovery, and motion cutoffs is necessary
8 to accommodate the schedules of the witnesses and counsel.
9    Based on the above, the parties hereby stipulate to extend
10 the following deadlines:

|  | **Old Date** | **New Date** |
|---|---|---|
| Third party Defendants' disclose expert witnesses: | February 6, 2009 | March 6, 2009 |
| Plaintiff and United States disclose supplemental expert witnesses: | March 6, 2009 | April 3, 2009 |
| Cutoff for non-expert discovery: | March 6, 2009 | April 17, 2009 |
| Cutoff for expert discovery: | June 5, 2009 | June 26, 2009 |
| Last day to file non-dispositive motions: | June 19, 2009 | July 24, 2009 |
| Last day to file dispositive motions: | August 7, 2009 | September 11, 2009 |
| Pre-trial conference: | October 26, 2009 | November 9, 2009 |

Motions shall be set on the first available date after the filing cutoff, allowing for timely service.  All other deadlines set forth in the Scheduling Conference Order filed September 22, 2008, shall remain in effect unless otherwise approved by the

Court.  The parties request the Court to endorse this stipulation by way of formal order.

                                      Respectfully submitted,

Dated: January 30, 2009.       GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

                                      /s/ Steven J. Brewer (auth. 1-30-09)
                                      By: Steven J. Brewer
                                      Attorneys for Plaintiff

Dated: January 30, 2009.       MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS, LLP

                                      /s/ Robert W. Hodges (auth. 1-30-09)
                                      By: Robert W. Hodges
                                      Attorneys for Third-Party Defendant, David Hodge, MD

Dated: January 30, 2009.       STAMMER, MCKNIGHT, BARNUM & BAILEY, LLP

                                      /s/ Jerry D. Jones (auth. 1-30-09)
                                      By: Jerry D. Jones
                                      Attorneys for Third-Party Defendants, Children's Hospital Central California and Jill Ghanbarian, FNP

Dated: January 30, 2009.       MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

                                      /s/ Lawrence E. Wayte (auth. 1-30-09)
                                      By: Lawrence E. Wayte
                                      Attorneys for Third-Party Defendant, John E. Dinsmore, MD

///

///

///

///

Dated: January 29, 2009.          LAWRENCE G. BROWN
                                  Acting United States Attorney


                                  By:   /s/ Jeffrey J. Lodge
                                        JEFFREY J. LODGE
                                        Assistant U.S. Attorney
                                        Attorneys for Federal Cross-
                                        Defendants United States of
                                        America and United States
                                        Postal Service


**ORDER**

IT IS SO ORDERED.

**Dated:   January 30, 2009**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE