Lawrence E. Wayte, # 032676-0
Kirsten K. Corey, # 210339
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Third-Party Defendant
JOHN E. DINSMORE, M.D.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:06-cv-01381-OWW-DLB<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| UNITED STATES OF AMERICA,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA; JOHN E. DINSMORE, M.D.; DAVID HODGE, M.D.; and JILL GHANBARIAN, FNP,<br><br>Third-Party Defendant. | |

///

///

///

///

///

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to amend the Scheduling Order in this matter. An extension of the deadlines is necessary to accommodate the schedules of witnesses and counsel. The parties do not seek to continue this action's trial date.

The parties' agreement to a continuance of the discovery cut-off date, expert disclosure dates and other discovery cut-offs dates is based on good cause. Many of the witnesses are medical providers with limited availability for discovery purposes. One of the named Defendants and treating physician, Dr. John Dinsmore, has relocated in Roanoke, Virginia and has limited availability. This extension is based the parties' need to complete the discovery necessary to prepare for the January 5, 2010 trial date, given the limited availability of the Defendant and other witnesses as discovered based on his deposition.

Presently, Defendant, United States of America has noticed Dr. Dinsmore's deposition for April 15, 2009; however, Dr. Dinsmore is unavailable and cannot be produced in Fresno, California on this date. The parties have agreed to a deposition date of May 22, 2009, and wish that the below extensions be granted to accommodate not only the scheduling of Dr. Dinsmore's deposition, but also the request of Plaintiff and United States to have additional time after all fact discovery has been completed to then supplement their expert designations.

As such, to accommodate all parties and still comply with the District court order for trial to begin on January 5, 2010, the parties hereby stipulate to the following deadlines:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | April 17, 2009 | June 8, 2009 |
| Plaintiff & United States Disclosure of Supplemental Expert Witnesses | April 3, 2009 | June 12, 2009 |
| Expert Discovery Cut-Off | June 26, 2009 | September 4, 2009 |
| Last day to File Non-Dispositive Motions | July 24, 2009 | September 11, 2009 |
| Last Day to File Dispositive Motions | September 11, 2009 | October 16, 2009 |

JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

PDF created with pdfFactory trial version www.pdffactory.com

Motions shall be set on the first available date after the filing cut-off, allowing for timely service.

The Settlement Conference scheduled for August 25, 2009, the Pretrial Conference scheduled for November 9, 2009, and the trial date of January 5, 2010, shall all still remain in effect, as well as other deadlines set forth in the Scheduling Conference Order filed September 22, 2008, unless otherwise approved by the Court.

The parties respectfully request that the Court order the continuance of the dates described above, subject to the Court's approval. This Stipulation can be executed in counter parts.

Dated: March _____, 2009         McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP


By: _____
    Lawrence E. Wayte
    Attorneys for Third-Party Defendant
    JOHN E. DINSMORE, M.D.

Dated: March _____, 2009         GWILLIAM, IVARY, CHIOSSO, CAVALLI
                                 & BREWER


By: _____
    Steven J. Brewer
    Kerri A. Jaffe
    Attorneys for Plaintiff
    LORENA S. ALVARADO, a minor, by and
    through her Guardian ad Litem LORENA
    ALVARADO

Dated: March _____, 2009         HABBAS, NASSERI & ASSOCIATES


By: _____
    Omar I. Habbas
    Attorneys for Plaintiff
    LORENA S. ALVARADO, a minor, by and
    through her Guardian ad Litem LORENA
    ALVARADO

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March _____, 2009 | UNITED STATES ATTORNEY |
| | By: _____<br>Lawrence G. Brown, Acting U.S. Attorney<br>Jeffrey J. Lodge, Assistant U.S. Attorney<br>Attorneys for Defendant/Third Party Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: March _____, 2009 | STAMMER. McKNIGHT, BARNUM &<br>BAILEY |
| | By: _____<br>Jerry Dennis Jones<br>Attorneys for Third Party Defendant<br>CHILDREN'S HOSPITAL OF CENTRAL<br>CALIFORNIA and<br>JILL GHANBARIAN, FNP |
| Dated: March _____, 2009 | McNAMARA DODGE NEY BEATTY<br>SLATTERY AND PFALZER, LLP |
| | By: _____<br>Robert William Hodges<br>Attorneys for Third Party Defendant<br>DAVID HODGE, M.D. |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED.

The Scheduling Order in this matter is amended as follows:

|  | Original Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | April 17, 2009 | June 8, 2009 |
| Plaintiff & United States Disclosure of Supplemental Expert Witnesses | April 3, 2009 | June 12, 2009 |
| Expert Discovery Cut-Off | June 26, 2009 | September 4, 2009 |
| Last day to File Non-Dispositive Motions | July 24, 2009 | September 11, 2009 |
| Last Day to File Dispositive Motions | September 11, 2009 | October 16, 2009 |

Date: April 2, 2009  /s/ OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

18802/00576-1372918.v1

PDF created with pdfFactory trial version www.pdffactory.com