1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her guardian ad litem, LORENA ALVARADO, ) ) ) ) | 1:06cv01381 OWW DLB |
| Plaintiff, ) ) | ORDER DENYING UNITED STATES' MOTION TO COMPEL AS MOOT |
| v. ) | |
| DARIN M. CAMARENA HEALTH CENTERS, INC., et al., ) ) ) | (Document 48) |
| ) ) ) | |
| Defendants. ) ) | |

On July 30, 2009, Third-Party Plaintiff United States of America filed the instant motion to compel production of documents from Third-Party Defendant Children's Hospital of Central California ("CHCC"). The matter was heard on September 4, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. Jeffrey J. Lodge appeared on behalf of the United States. Abigail Leaf appeared on behalf of CHCC. Lawrence Wayte appeared on behalf of Third-Party Defendant John E. Dinsmore, M.D.

At the hearing, the parties informed the Court that they had reached a resolution. Accordingly, the motion to compel is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **September 4, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE