1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her guardian ad litem, LORENA ALVARADO, | ) ) ) ) 1:06cv01381 OWW DLB |
| Plaintiff, | ) ) ) ORDER GRANTING PETITION OF LORENA |
| v. | ) ALVARADO TO BE APPOINTED ) GUARDIAN AD LITEM FOR MINOR |
| DARIN M. CAMARENA HEALTH CENTERS, INC., et al., | ) LORENA S. ALVARADO NUNC PRO TUNC ) ) (Document 3) |
| Defendants. | ) ) ) ) ) ) |

9
10
11
12
13
14
15
16

17     Petitioner Lorena Alvarado filed an ex parte application for appointment as the guardian

18  ad litem for Lorena S. Alvarado, a minor, on October 3, 2006.  Defendants did not oppose the

19  petition.  The petition is GRANTED nunc pro tunc.

20

21     IT IS SO ORDERED.

22  **Dated:**  __September 4, 2009__                    _____/s/ **Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28