BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant/Third-Party Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:06-cv-01381-OWW-DLB<br><br>**STIPULATION RE DISMISSAL WITHOUT PREJUDICE AS TO THIRD-PARTY DEFENDANT JILL GHANBARIAN, FNP; ORDER** |
| UNITED STATES OF AMERICA,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, JOHN E. DINSMORE, MD, DAVID HODGE, MD, and JILL GHANBARIAN, FNP,<br><br>Third-Party Defendants. | |

The parties hereby stipulate, by and through their respective counsel, that Third-Party Defendant Jill Ghanbarian, FNP, is an employee of Third-Party Defendant Children's Hospital Central California and at all relevant times was acting within the scope of her employment. At all relevant times, counsel for

1

**STIPULATION RE DISMISSAL WITHOUT PREJUDICE AS TO THIRD-PARTY DEFENDANT JILL GHANBARIAN, FNP; ORDER**

1  Children's Hospital Central California has represented Jill
2  Ghanbarian FNP in her capacity as an employee.  Children's
3  Hospital Central California stipulates that it is responsible for
4  all of the acts and omissions of Jill Ghanbarian FNP in
5  connection with this case and will agree to indemnify the Third-
6  Party Plaintiff United States for any and all liability, if any,
7  assessed against Jill Ghanbarain, FNP in this matter.

8       Based on the above, the parties hereby stipulate that
9  Third-Party Defendant Jill Ghanbarian, FNP be dismissed without
10 prejudice from this action and that Jill Ghanbarian FNP, will
11 bear her own costs and fees, if any, arising from this action.
12 The parties request the Court endorse this stipulation by way of
13 formal order.

14                                 Respectfully submitted,

15 Dated: December 1, 2009.          GWILLIAM, IVARY, CHIOSSO, CAVALLI &
                                     BREWER
16
                                     (As authorized 12/01/09)
17                                   /s/ Steven J. Brewer
                                     By: Steven J. Brewer
18                                   Attorneys for Plaintiff

19
20 Dated: November 30, 2009.         MCNAMARA, DODGE, NEY, BEATTY,
                                     SLATTERY, PFALZER, BORGES &
                                     BROTHERS, LLP
21
                                     (As authorized 11/30/09)
22                                   /s/ Robert W. Hodges
                                     By: Robert W. Hodges
23                                   Attorneys for Third-Party
                                     Defendant, David Hodge, MD
24
25 ///
26 ///
27 ///
28 ///

2

**STIPULATION RE DISMISSAL WITHOUT PREJUDICE AS TO THIRD-PARTY DEFENDANT JILL GHANBARIAN, FNP; ORDER**

```
Dated: December 4, 2009.          STAMMER, MCKNIGHT, BARNUM &
                                  BAILEY, LLP

                                  (As authorized 12/04/09)
                                  /s/ Jerry D. Jones
                                  By: Jerry D. Jones
                                  Attorneys for Third-Party
                                  Defendants, Children's Hospital
                                  Central California and Jill
                                  Ghanbarian, FNP


Dated: December 2, 2009.          MCCORMICK, BARSTOW, SHEPPARD, WAYTE
                                  & CARRUTH, LLP

                                  (As authorized 12/02/09)
                                  /s/ Lawrence E. Wayte
                                  By: Lawrence E. Wayte
                                  Attorneys for Third-Party
                                  Defendant, John E. Dinsmore, MD


Dated: December 3, 2009.          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:   /s/ Jeffrey J. Lodge
                                        JEFFREY J. LODGE
                                        Assistant U.S. Attorney
                                        Attorneys for Federal Cross-
                                        Defendant United States of
                                        America
```

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the stipulation set forth above, Third-Party Defendant Jill Ghanbarian, FNP is hereby dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   December 4, 2009**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE