STEVEN J. BREWER, Esq. (State Bar No. 94889)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone:   510-832-5411
Facsimile:   510-832-1918

OMAR I. HABBAS, Esq. (State Bar No. 126629)
HABBAS, NASSERI & ASSSOCIATES
675 North First Street, Suite 100
San Jose, CA 95112
Telephone:   408-278-0480
Facsimile:   408-278-0488

Attorneys for Plaintiff LORENA S. ALVARADO

UNITED STATES DISTRICT COURT

EASTERN DISRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian Ad Litem, LORENA ALVARADO,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No. 1:06-CV-1381 OWW DLB<br><br>**STIPULATION TO CHANGE THE DATE FOR FILING TRIAL BRIEFS IN THE PRE-TRIAL CONFERENCE ORDER and ORDER**<br><br>Trial Date:　January 5, 2010<br>Time:　　　9:00 a.m.<br>Courtroom:　3 |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA; JOHN E. DINSMORE, MD; DAVID HODGE, MD; and JILL GHANBARIAN, FNP,<br><br>　　　　　　　　　Third-Party Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Upon review of the pre-trial conference order, the parties noted what appears to be a typographical error: the date for the trial brief was changed from December 28, 2009, the date ordered by the Court in chambers at the Pre-Trial Conference, to December 20, 2009, a Sunday. The undersigned hereby stipulate to modify the Pre-trial conference order to change the due date to file the trial brief to December 28, 2009 to reflect the due date as originally ordered by the Court and move the Court for an order reflecting this change.

DATED: December 14, 2009      By:   /s/ Steven J. Brewer
                                    STEVEN J. BREWER
                                    Attorney for Plaintiff

DATED: December 9, 2009       By:   /s/ Lawrence Wayte
                                    LAWRENCE WAYTE
                                    Counsel for Third-Party Defendant
                                    John Dinsmore, M.D.

DATED: December 9, 2009       By:   /s/ Robert Hodges
                                    ROBERT HODGES
                                    Counsel for Third-Party Defendant
                                    David Hodge, M.D.

DATED: December 14, 2009      By:   /s/ Jerry Jones
                                    JERRY JONES
                                    Counsel for Third-Party Defendant
                                    Children's Hospital of Central California

DATED: December 8, 2009       By:   /s/ Jeffrey J. Lodge
                                    JEFFREY J. LODGE
                                    Counsel for Defendant United States
                                    of America

## **ORDER**

IT IS SO ORDERED.

DATED: December 17, 2009             /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com