STEVEN J. BREWER, Esq. (State Bar No. 94889)
BRIAN D. SUDANO, Esq. (State Bar No. 255427)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone:   510-832-5411
Facsimile:   510-832-1918

OMAR I. HABBAS, Esq. (State Bar No. 126629)
HABBAS, NASSERI & ASSSOCIATES
675 North First Street, Suite 100
San Jose, CA 95112
Telephone:   408-278-0480
Facsimile:   408-278-0488

Attorneys for Plaintiff LORENA S. ALVARADO

UNITED STATES DISTRICT COURT

EASTERN DISRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian Ad Litem, LORENA ALVARADO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA; JOHN E. DINSMORE, MD; DAVID HODGE, MD; and JILL GHANBARIAN, FNP,<br><br>Third-Party Defendants. | Case No. 1:06-CV-1381 OWW DLB<br><br>**ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM AND FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:           February 19, 2010<br>Time:          9:00 a.m.<br>Courtroom:  9<br>Magistrate:  Hon. Dennis L. Beck |

-1-
Order Authorizing Compromise of Minor's Claim and for Attorneys' Fees and Costs
*Alvarado v. United States of America*, No. 1:06-CV-1381 OWW DLB

The Court, having considered the verified Petition of Lorena Alvarado, mother and duly appointed Guardian ad Litem of Lorena S. Alvarado (Stephany), a minor, for an Order Authorizing Compromise of Minor's Claim and for Attorneys' Fees and Costs, and upon evidence introduced, hereby finds:

(1) That the averments of the verified Petition are true;

(2) That the settlement as set forth herein is approved as in the best interest of the minor, Stephany Alvarado; and

(3) That the distribution of the funds as set forth herein is approved as in the best interest of the minor, Stephany Alvarado.

WHEREFORE IT IS ORDERED:

1. The settlement and compromise as to the defendant, United States of America, and third party defendants, Children's Hospital of Central California, John Dinsmore, MD and David Hodge, MD is approved and petitioner is authorized on behalf of the minor to compromise her claim as to said defendant and third party defendants for a total sum of Three Hundred Eighty-Nine Thousand Nine Hundred Ninety-Nine Dollars and Ninety-Nine cents ($389,999.99), and to execute and deliver the necessary releases, drafts and other documents to effectuate this compromise with defendant and third party defendants.

2. Petitioner is authorized to dismiss her action with prejudice as to the defendant United States of America upon payment of all settlement funds by defendant and third party defendants.

3. Petitioner is authorized to reimburse her attorneys' litigation costs and expenses in the amount of $92,266.10 and pay attorneys' fees of 25% in the amount of $74,433.47.

4. That the net settlement funds of $223,340.42 shall be used to purchase and, Petitioner is authorized to accept, on behalf of the minor, Stephany Alvarado, a tax free structured settlement. The annuity contract funding the structured settlement will be owned solely and exclusively by the United States and will be purchased as

soon as practicable following the execution of the Stipulation For Compromise Settlement and Release from an A+ (or better) rated company.

5. The structured settlement will pay as follows:

   Five equal, annual installments, each in the amount of $49,083.10, beginning February 15, 2013 and ending February 15, 2017.

6. In the event that the annuity purchase price has changed by the date of purchase, the annuity payments will be adjusted either upward or downward so the purchase price of the annuity contract shall be neither more nor less than Two Hundred Twenty Three Thousand Three Hundred Forty and 42/100 Dollars ($223,340.42).

7. In the event of the death of Stephany Alvarado during any period of certain payments, all remaining payments shall be paid to the Estate of Stephany Alvarado or to such person or entity as shall have been designated in writing by Stephany Alvarado after attaining the age of majority.

IT IS SO ORDERED.

DATED: _____, 2010

_____
The Honorable Dennis L. Beck
Magistrate Judge of the U.S. District Court
Eastern District of California

107215v.1