# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian Ad Litem, LORENA ALVARADO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 1:06cv01381 OWW DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR APPROVAL OF MINOR'S COMPROMISE <br><br> (Document 186) |

On February 22, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Request for Approval of Minor's Compromise be GRANTED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations issued February 22, 2010, are ADOPTED IN FULL;

2.   Plaintiff's Request for Approval of Minor's Compromise is GRANTED;

1

1      3.      Counsel is entitled to $92,266.10 in costs and $74,433.23 in attorneys' fees; and

2      4.      The remaining net settlement of $223,299.67 SHALL be used to purchase a qualified settlement annuity. Plaintiff will receive 5 annual, guaranteed, tax free payments of an estimated $49,083.10 beginning on her 18th birthday.

IT IS SO ORDERED.

**Dated:   March 8, 2010**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE