```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant/Third-Party Plaintiff
   United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENA S. ALVARADO, a minor, by and through her Guardian ad Litem LORENA ALVARADO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>─────────────────────────<br>UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, JOHN E. DINSMORE, M.D., DAVID HODGE, M.D.,<br><br>    Third-Party Defendants. | 1:06-cv-01381-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of a written stipulation for compromise settlement and release of claims and the order approving a minor's compromise filed on March 9, 2010, the parties, by and through their respective counsel, hereby stipulate that this entire action, including amended Complaint

1

**STIPULATION RE DISMISSAL; ORDER**

filed February 2, 2007, and the Third-Party Complaint filed on May 28, 2008, be dismissed with prejudice.

    IT IS SO STIPULATED.

    Respectfully submitted,

Dated: April 14 2010.  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

(As authorized 4/14/10)
/s/ Steven J. Brewer
By: Steven J. Brewer
Attorneys for Plaintiff

Dated: April 14, 2010.  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS, LLP

(As authorized 3/16/10)
/s/ Robert W. Hodges
By: Robert W. Hodges
Attorneys for Third-Party Defendant, David Hodge, M.D.

Dated: April 14, 2010.  STAMMER, MCKNIGHT, BARNUM & BAILEY, LLP

(As authorized 4/13/10)
/s/ Jerry D. Jones
By: Jerry D. Jones
Attorneys for Third-Party Defendants, Children's Hospital Central California

Dated: April 14, 2010.  MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

(As authorized 3/16/10)
/s/ Lawrence E. Wayte
By: Lawrence E. Wayte
Attorneys for Third-Party Defendant, John E. Dinsmore, M.D.

Dated: April 14, 2010.  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jeffrey J. Lodge
    JEFFREY J. LODGE
    Assistant U.S. Attorney
Attorneys for Federal Defendant and Third-Party Plaintiff United States of America

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   April 16, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

**STIPULATION RE DISMISSAL; ORDER**